UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:

HALICZER, STEPHEN HERSCHEL
HALICZER, DEBORAH HARDING

Case No. 10-73136

Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/23/2010 . The undersigned trustee was appointed on 06/23/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 11,880.60 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 11,880.60 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/18/2010 and the deadline for filing governmental claims was 11/18/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,938.06 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,938.06 , for a total compensation of $ 1,938.06 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/25/2011                By:/s/DANIEL M. DONAHUE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-73136 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HALICZER, STEPHEN HERSCHEL | Date Filed (f) or Converted (c): | 06/23/10 (f) |
| | HALICZER, DEBORAH HARDING | 341(a) Meeting Date: | 08/09/10 |
| For Period Ending: 02/25/11 | | Claims Bar Date: | 11/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 332 Eli Jewell Court, Sycamore, IL | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Hickory Hills Estates | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Willow Creek Subdivision - 24 vacant lots (excludi | 580,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 117 Terrace, DeKalb, IL - rental property | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 5. 402 W. Comanche, Shabbona, IL | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Residence - Location: 108 McCormick Drive, DeKalb | 170,140.00 | 0.00 | DA | 0.00 | FA |
| 7. One week Time Share - Bryan's Spanish Cove, Orland | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Cash on Hand | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. TCF National Bank - checking account - 9876825088 | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 10. Resource Bank, DeKAlb - Cash Reserve account 107-0 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Castle Bank, DeKalb, IL - (100% SURS Retirement) A | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 12. Resource Bank, DeKalb, IL - Agency Acct. R1655-00 | 30,630.89 | 0.00 | DA | 0.00 | FA |
| 13. NIU Employees Credit Union - Acct. 40956 | 250.00 | 0.00 | DA | 0.00 | FA |
| 14. NIU Employees Credit Union - Acct 85803 | 325.00 | 0.00 | DA | 0.00 | FA |
| 15. Misc. Household furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16. Misc. items | 100.00 | 0.00 | DA | 0.00 | FA |
| 17. Necessary everyday wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 18. Misc. Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 19. NASW Assurance Services | 0.00 | 0.00 | DA | 0.00 | FA |
| 20. Hartford Life/Simsbury, CT | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. TIAA Cref, New York, NY | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. Retirement Account (SURS) | 177,697.00 | 0.00 | DA | 0.00 | FA |
| 23. Fidelity Investments IRA - 3730 | 3,883.00 | 0.00 | DA | 0.00 | FA |
| 24. Fidelity Investments Tax Deferred Retirment Annuit | 102,736.00 | 0.00 | DA | 0.00 | FA |
| 25. Fidelity Investments 403B - 4296 | 173,134.00 | 0.00 | DA | 0.00 | FA |
| 26. Fidelity Investments IRA - 1515 | 10,398.00 | 0.00 | DA | 0.00 | FA |

LFORM1  UST Form 101-7-TFR (10/1/2010) (Page: 3)

Ver: 16.01c

FORM 2

Page: 2

Exhibit A

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 10-73136 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HALICZER, STEPHEN HERSCHEL | Date Filed (f) or Converted (c): | 06/23/10 (f) |
| | HALICZER, DEBORAH HARDING | 341(a) Meeting Date: | 08/09/10 |
| | | Claims Bar Date: | 11/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Fidelity Investments IRA - 1523 | 12,797.00 | 0.00 | DA | 0.00 | FA |
| 28. Heartland Funds IRA - 2748p | 10,345.00 | 0.00 | DA | 0.00 | FA |
| 29. Heartland Funds IRA - 9083 | 7,145.00 | 0.00 | DA | 0.00 | FA |
| 30. National Bank and Trust IRA | 11,431.00 | 0.00 | DA | 0.00 | FA |
| 31. TCF Bank IRA - 0018 | 3,071.00 | 0.00 | DA | 0.00 | FA |
| 32. Northeast Investors Trust IRA - 2160 | 3,097.70 | 0.00 | DA | 0.00 | FA |
| 33. State of Illinois Deferred Compensation Plan 457b | 5,573.14 | 0.00 | DA | 0.00 | FA |
| 34. Northern Illinois University - 403b - 4296 | 27.26 | 0.00 | DA | 0.00 | FA |
| 35. Social Agility | 0.00 | 0.00 | DA | 0.00 | FA |
| 36. 2009 Federal Tax Refund | 9,090.00 | 9,090.00 | | 9,090.00 | FA |
| 37. 2009 IL Tax Refund | 2,329.00 | 2,789.00 | | 2,789.00 | FA |
| 38. 2008 Hyundai Sonota automobile | 10,475.00 | 0.00 | DA | 0.00 | FA |
| 39. 2009 Toyota Avalon Automobile | 25,350.00 | 0.00 | DA | 0.00 | FA |
| 40. HP PC, Office Desk, Chair, Computer Desk and Print | 150.00 | 0.00 | DA | 0.00 | FA |
| 41. Compac PC, Office Desk, Chair & Printer | 250.00 | 0.00 | DA | 0.00 | FA |
| 42. Misc. supplies used in business | 100.00 | 0.00 | DA | 0.00 | FA |
| 43. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.60 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,975,824.99 | $11,879.00 | | $11,880.60 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee looked into possible equity in some real estate but determined that there were mortgages that covered the value

LFORM1  UST Form 101-7-TFR (10/1/2010) (Page: 4)

Ver: 16.01c

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-73136   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | HALICZER, STEPHEN HERSCHEL | Date Filed (f) or Converted (c): | 06/23/10 (f) |
| | HALICZER, DEBORAH HARDING | 341(a) Meeting Date: | 08/09/10 |
| | | Claims Bar Date: | 11/18/10 |

of the property. Trustee has recovered money from the income tax refunds. Trustee has filed an Objection to Claims. Once the claims have been resolved, Trustee will proceed to final report.

Initial Projected Date of Final Report (TFR): 06/01/11     Current Projected Date of Final Report (TFR): 06/01/11

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 10-73136 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HALICZER, STEPHEN HERSCHEL | Bank Name: | BANK OF AMERICA, N.A. |
| | HALICZER, DEBORAH HARDING | Account Number / CD #: | *******1790 MONEY MARKET |
| Taxpayer ID No: | *******2549 | | |
| For Period Ending: | 02/25/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/10 | 36 | UNITED STATES TREASURY | INCOME TAX REFUND | 1124-000 | 9,090.00 | | 9,090.00 |
| 08/17/10 | 37 | STATE OF ILLINOIS | INCOME TAX REFUND | 1124-000 | 2,789.00 | | 11,879.00 |
| 08/31/10 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 11,879.12 |
| 09/30/10 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,879.41 |
| 10/29/10 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,879.70 |
| 11/30/10 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,880.00 |
| 12/31/10 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,880.30 |
| 01/31/11 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,880.60 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,880.60 | 0.00 | 11,880.60 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,880.60 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,880.60 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******1790 | 11,880.60 | 0.00 | 11,880.60 |
| | 11,880.60 | 0.00 | 11,880.60 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  11,880.60  0.00

LFORM24 UST Form 101-7-TFR (10/1/2010) (Page: 6)

Ver 16.01c

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-73136 | | Page 1 | | Date: February 25, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | HALICZER, STEPHEN HERSCHEL | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $2,918.50 | $0.00 | $2,918.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $33.16 | $0.00 | $33.16 |
| 000001 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $5,887.24 | $0.00 | $5,887.24 |
| 000002A 070 7100-00 | Resource Bank, N.A. & Bradley T Koch PO Box 589 Rockford, Il 61105 | Unsecured | | $173,967.03 | $0.00 | $173,967.03 |
| 000004A 070 7100-00 | Resource Bank, N.A. & Bradley T Koch PO Box 589 Rockford, Il 61105 | Unsecured | | $27,165.60 | $0.00 | $27,165.60 |
| 000002B | Resource Bank, N.A. & Bradley T Koch PO Box 589 Rockford, Il 61105 | Secured | | $768,751.85 | $0.00 | $768,751.85 |
| 000003 | Resource Bank, N.A. & Bradley T Koch PO Box 589 Rockford, Il 61105 | Secured | | $71,448.15 | $0.00 | $71,448.15 |
| 000004B | Resource Bank, N.A. & Bradley T Koch PO Box 589 Rockford, Il 61105 | Secured | | $204,300.00 | $0.00 | $204,300.00 |
| | Case Totals: | | | $1,254,471.53 | $0.00 | $1,254,471.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73136
Case Name: HALICZER, STEPHEN HERSCHEL
HALICZER, DEBORAH HARDING
Trustee Name: DANIEL M. DONAHUE

Balance on hand $ 11,880.60

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,938.06 | $ 0.00 | $ 1,938.06 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,918.50 | $ 0.00 | $ 2,918.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 33.16 | $ 0.00 | $ 33.16 |

Total to be paid for chapter 7 administrative expenses $ 4,889.72

Remaining Balance $ 6,990.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 207,019.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 5,887.24 | $ 0.00 | $ 198.81 |
| 000002A | Resource Bank, N.A. | $ 173,967.03 | $ 0.00 | $ 5,874.71 |
| 000004A | Resource Bank, N.A. | $ 27,165.60 | $ 0.00 | $ 917.36 |

Total to be paid to timely general unsecured creditors     $ 6,990.88

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE