UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| HALICZER, STEPHEN HERSCHEL | § | Case No. 10-73136 |
| HALICZER, DEBORAH HARDING | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on   4/6/2011   in Courtroom 115,
United States Courthouse
211 S. Court St.
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HALICZER, STEPHEN HERSCHEL § Case No. 10-73136
HALICZER, DEBORAH HARDING §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,880.60 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 11,880.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,938.06 | $ 0.00 | $ 1,938.06 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,918.50 | $ 0.00 | $ 2,918.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 33.16 | $ 0.00 | $ 33.16 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,889.72 |
| Remaining Balance | | $ | 6,990.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 207,019.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 5,887.24 | $ 0.00 | $ 198.81 |
| 000002A | Resource Bank, N.A. | $ 173,967.03 | $ 0.00 | $ 5,874.71 |
| 000004A | Resource Bank, N.A. | $ 27,165.60 | $ 0.00 | $ 917.36 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,990.88 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                         Prepared By: /s/Daniel M. Donahue
                                                Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 10-73136-MB
Stephen Herschel Haliczer                                                      Chapter 7
Deborah Harding Haliczer
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3        User: cbachman            Page 1 of 1              Date Rcvd: Mar 16, 2011
                            Form ID: pdf006           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2011.
```
db/jdb     +Stephen Herschel Haliczer,   Deborah Harding Haliczer,   108 McCormick Drive,
             DeKalb, IL 60115-1812
aty         Daniel M Donahue,   P. O. Box 2903,   Rockford, IL  61132-2903
aty        +Thomas E. Laughlin,   Attorney Thomas E. Laughlin,   6833 Stalter Dr.,   Rockford, IL 61108-2579
tr          Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
15750394   +American Eagle Bank,   556 Randall Road,   South Elgin, IL 60177-3315
15750395   +Beth L. Einsele,   301 E. Comanche,   Shabbona, IL 60550-5123
15750396   +Bryan's Spanish Cove Owner's Assoc.,   Island One Resorts,   8680 Commodity Circle,
             Orlando, FL 32819-9000
16056912    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15750397    Citi Mortgage Inc.,   P. O. Box 689196,   Des Moines, IA 50368-9196
15756482   +Craig & Nina Cunningham,   332 Eli Jewell Court,   Sycamore, Il 60178-8771
15756483    Garrett Schoenholz,   3596 Dredge Road,   Paw Paw, Il 61353
15756484   +George & LaDietrich Rhyne-Ndalana,   117 Terrace Drive,   DeKalb, Il 60115-1935
16278315   +Resource Bank NA,   Attorney Bradley T Koch,   Holmstrom & Kennedy PC,   PO Box 589,
             Rockford, Il 61105-0589
16442582   +Resource Bank, N.A.,   & Bradley T Koch,   PO Box 589,   Rockford, Il 61105-0589
15750398    Slate from Chase,   P. O. Box 15298,   Wilmington, DE 19850-5298
15750400   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Financial Services,   P. O. Box 5855,
             Carol Stream, IL 60197-5855)
15750399   +The Resource Bank,   555 Bethany Road,   DeKalb, IL 60115-4941
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*        Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
```
                                                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2011**               **Signature:** *Joseph Speetjens*