# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| HALICZER, STEPHEN HERSCHEL | §    Case No. 10-73136 |
| HALICZER, DEBORAH HARDING | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,964,405.99 *(Without deducting any secured claims)* | Assets Exempt: 563,435.10 |
| Total Distributions to Claimants: 6,991.09 | Claims Discharged Without Payment: 200,028.78 |
| Total Expenses of Administration: 4,889.72 | |

3) Total gross receipts of $ 11,880.81  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 11,880.81  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 1,554,679.71 | $ 1,044,500.00 | $ 1,044,500.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 4,889.72 | 4,889.72 | 4,889.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 6,690.04 | 207,019.87 | 207,019.87 | 6,991.09 |
| TOTAL DISBURSEMENTS | $ 1,561,369.75 | $ 1,256,409.59 | $ 1,256,409.59 | $ 11,880.81 |

4) This case was originally filed under chapter 7 on 06/23/2010. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/31/2011          By:/s/DANIEL M. DONAHUE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Federal Tax Refund | 1124-000 | 9,090.00 |
| 2009 IL Tax Refund | 1124-000 | 2,789.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.81 |
| TOTAL GROSS RECEIPTS | | $11,880.81 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Eagle Bank 556 Randall Road South Elgin, IL 60177 | | 10,475.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beth L. Einsele 301 E. Comanche Shabbona, IL 60550 | | 142,418.31 | NA | NA | 0.00 |
| | Bryan's Spanish Cove Owner's Assoc. Island One Resorts 8680 Commodity Circle Orlando, FL 32819 | | 1,129.00 | NA | NA | 0.00 |
| | Citi Mortgage Inc. P. O. Box 689196 Des Moines, IA 50368-9196 | | 131,034.44 | NA | NA | 0.00 |
| | The Resource Bank 555 Bethany Road DeKalb, IL 60115 | | 230,846.40 | NA | NA | 0.00 |
| | The Resource Bank 555 Bethany Road DeKalb, IL 60115 | | 942,123.11 | NA | NA | 0.00 |
| | The Resource Bank 555 Bethany Road DeKalb, IL 60115 | | 71,303.45 | NA | NA | 0.00 |
| | Toyota Financial Services P. O. Box 5855 Carol Stream, IL 60197-5855 | | 25,350.00 | NA | NA | 0.00 |
| 000002B | RESOURCE BANK, N.A. | 4110-000 | NA | 768,751.85 | 768,751.85 | 0.00 |
| 000003 | RESOURCE BANK, N.A. | 4110-000 | NA | 71,448.15 | 71,448.15 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | RESOURCE BANK, N.A. | 4110-000 | NA | 204,300.00 | 204,300.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,554,679.71 | $ 1,044,500.00 | $ 1,044,500.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 1,938.06 | 1,938.06 | 1,938.06 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 2,918.50 | 2,918.50 | 2,918.50 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 33.16 | 33.16 | 33.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,889.72 | $ 4,889.72 | $ 4,889.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CHASE BANK USA, N.A. | 7100-000 | 5,640.00 | 5,887.24 | 5,887.24 | 198.81 |
| 000002A | RESOURCE BANK, N.A. | 7100-000 | 1,050.04 | 173,967.03 | 173,967.03 | 5,874.89 |
| 000004A | RESOURCE BANK, N.A. | 7100-000 | NA | 27,165.60 | 27,165.60 | 917.39 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 6,690.04 | $ 207,019.87 | $ 207,019.87 | $ 6,991.09 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-73136    MLB    Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | HALICZER, STEPHEN HERSCHEL | Date Filed (f) or Converted (c): 06/23/10 (f) |
| | HALICZER, DEBORAH HARDING | 341(a) Meeting Date: 08/09/10 |
| For Period Ending: 05/31/11 | (2nd reporting period for this case) | Claims Bar Date: 11/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 332 Eli Jewell Court, Sycamore, IL | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Hickory Hills Estates | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Willow Creek Subdivision - 24 vacant lots (excludi | 580,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 117 Terrace, DeKalb, IL - rental property | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 5. 402 W. Comanche, Shabbona, IL | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Residence - Location: 108 McCormick Drive, DeKalb | 170,140.00 | 0.00 | DA | 0.00 | FA |
| 7. One week Time Share - Bryan's Spanish Cove, Orland | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Cash on Hand | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. TCF National Bank - checking account - 9876825088 | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 10. Resource Bank, DeKAlb - Cash Reserve account 107-0 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Castle Bank, DeKalb, IL - (100% SURS Retirement) A | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 12. Resource Bank, DeKalb, IL - Agency Acct. R1655-00 | 30,630.89 | 0.00 | DA | 0.00 | FA |
| 13. NIU Employees Credit Union - Acct. 40956 | 250.00 | 0.00 | DA | 0.00 | FA |
| 14. NIU Employees Credit Union - Acct 85803 | 325.00 | 0.00 | DA | 0.00 | FA |
| 15. Misc. Hoursehold furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16. Misc. items | 100.00 | 0.00 | DA | 0.00 | FA |
| 17. Necessary everyday wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 18. Misc. Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 19. NASW Assurance Services | 0.00 | 0.00 | DA | 0.00 | FA |
| 20. Hartford Life/Simsbury, CT | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. TIAA Cref, New York, NY | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. Retirement Account (SURS) | 177,697.00 | 0.00 | DA | 0.00 | FA |
| 23. Fidelity Investments IRA - 3730 | 3,883.00 | 0.00 | DA | 0.00 | FA |
| 24. Fidelity Investments Tax Deferred Retirment Annuit | 102,736.00 | 0.00 | DA | 0.00 | FA |
| 25. Fidelity Investments 403B - 4296 | 173,134.00 | 0.00 | DA | 0.00 | FA |
| 26. Fidelity Investments IRA - 1515 | 10,398.00 | 0.00 | DA | 0.00 | FA |

FORM 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-73136 | MLB | Judge: MANUEL BARBOSA |
|---|---|---|---|
| Case Name: | HALICZER, STEPHEN HERSCHEL | | |
| | HALICZER, DEBORAH HARDING | | |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Date Filed (f) or Converted (c): | 06/23/10 (f) |
| 341(a) Meeting Date: | 08/09/10 |
| Claims Bar Date: | 11/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Fidelity Investments IRA - 1523 | 12,797.00 | 0.00 | DA | 0.00 | FA |
| 28. Heartland Funds IRA - 2748p | 10,345.00 | 0.00 | DA | 0.00 | FA |
| 29. Heartland Funds IRA - 9083 | 7,145.00 | 0.00 | DA | 0.00 | FA |
| 30. National Bank and Trust IRA | 11,431.00 | 0.00 | DA | 0.00 | FA |
| 31. TCF Bank IRA - 0018 | 3,071.00 | 0.00 | DA | 0.00 | FA |
| 32. Northeast Investors Trust IRA - 2160 | 3,097.70 | 0.00 | DA | 0.00 | FA |
| 33. State of Illinois Deferred Compensation Plan 457b | 5,573.14 | 0.00 | DA | 0.00 | FA |
| 34. Northern Illinois University - 403b - 4296 | 27.26 | 0.00 | DA | 0.00 | FA |
| 35. Social Agility | 0.00 | 0.00 | DA | 0.00 | FA |
| 36. 2009 Federal Tax Refund | 9,090.00 | 9,090.00 | | 9,090.00 | FA |
| 37. 2009 IL Tax Refund | 2,329.00 | 2,789.00 | | 2,789.00 | FA |
| 38. 2008 Hyundai Sonota automobile | 10,475.00 | 0.00 | DA | 0.00 | FA |
| 39. 2009 Toyota Avalon Automobile | 25,350.00 | 0.00 | DA | 0.00 | FA |
| 40. HP PC, Office Desk, Chair, Computer Desk and Print | 150.00 | 0.00 | DA | 0.00 | FA |
| 41. Compac PC, Office Desk, Chair & Printer | 250.00 | 0.00 | DA | 0.00 | FA |
| 42. Misc. supplies used in business | 100.00 | 0.00 | DA | 0.00 | FA |
| 43. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.81 | FA |

TOTALS (Excluding Unknown Values)  $1,975,824.99  $11,879.00  $11,880.81

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee looked into possible equity in some real estate but determined that there were mortgages that covered the value

LFORM1
UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 16.02b

Page: 3
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | |
|---|---|
| Case No: | 10-73136    MLB    Judge: MANUEL BARBOSA |
| Case Name: | HALICZER, STEPHEN HERSCHEL |
| | HALICZER, DEBORAH HARDING |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 06/23/10 (f) |
| 341(a) Meeting Date: | 08/09/10 |
| Claims Bar Date: | 11/18/10 |

of the property. Trustee has recovered money from the income tax refunds. Trustee has filed an Objection to Claims. Once the claims have been resolved, Trustee will proceed to final report.

Initial Projected Date of Final Report (TFR): 06/01/11    Current Projected Date of Final Report (TFR): 06/01/11

LFORM1    UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 16.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No.: | 10-73136 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HALICZER, STEPHEN HERSCHEL | Bank Name: | BANK OF AMERICA, N.A. |
|  | HALICZER, DEBORAH HARDING | Account Number / CD #: | *******1790 MONEY MARKET |
| Taxpayer ID No. | *******2549 |  |  |
| For Period Ending: | 05/31/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/17/10 | 36 | UNITED STATES TREASURY | INCOME TAX REFUND | 1124-000 | 9,090.00 |  | 9,090.00 |
| 08/17/10 | 37 | STATE OF ILLINOIS | INCOME TAX REFUND | 1124-000 | 2,789.00 |  | 11,879.00 |
| 08/31/10 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 |  | 11,879.12 |
| 09/30/10 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 |  | 11,879.41 |
| 10/29/10 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 |  | 11,879.70 |
| 11/30/10 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 |  | 11,880.00 |
| 12/31/10 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 |  | 11,880.30 |
| 01/31/11 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 |  | 11,880.60 |
| 02/28/11 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 11,880.69 |
| 03/31/11 | 43 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 |  | 11,880.79 |
| 04/07/11 | 43 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 |  | 11,880.81 |
| 04/07/11 |  | Transfer to Acct #*******3451 | Final Posting Transfer | 9999-000 |  | 11,880.81 | 0.00 |

|  | COLUMN TOTALS | 11,880.81 | 11,880.81 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 11,880.81 |  |
|  | Subtotal | 11,880.81 | 0.00 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | Net | 11,880.81 | 0.00 |  |

| Page Subtotals | 11,880.81 | 11,880.81 |
|---|---|---|

Ver. 16.02b

LFORM24 UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 10-73136 -MLB |
| Case Name: | HALICZER, STEPHEN HERSCHEL |
| | HALICZER, DEBORAH HARDING |
| Taxpayer ID No: | *******2549 |
| For Period Ending: | 05/31/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3451 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/07/11 | | Transfer from Acct #*******1790 | Transfer In From MMA Account | 9999-000 | 11,880.81 | | 11,880.81 |
| 04/07/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,938.06 | 9,942.75 |
| 04/07/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,918.50 | 7,024.25 |
| 04/07/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 33.16 | 6,991.09 |
| 04/07/11 | 000103 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000001, Payment 3.4% | 7100-000 | | 198.81 | 6,792.28 |
| 04/07/11 | 000104 | Resource Bank, N.A. & Bradley T Koch PO Box 589 Rockford, Il 61105 | Claim 000002A, Payment 3.4% | 7100-000 | | 5,874.89 | 917.39 |
| 04/07/11 | 000105 | Resource Bank, N.A. & Bradley T Koch PO Box 589 Rockford, Il 61105 | Claim 000004A, Payment 3.4% | 7100-000 | | 917.39 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 11,880.81 | 11,880.81 | 0.00 |
| Less: Bank Transfers/CD's | | 11,880.81 | 0.00 | |
| Subtotal | | 0.00 | 11,880.81 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 11,880.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******1790 | 11,880.81 | 0.00 | 0.00 |
| GENERAL CHECKING - *******3451 | 0.00 | 11,880.81 | 0.00 |
| | 11,880.81 | 11,880.81 | 0.00 |
| Page Subtotals | 11,880.81 | 11,880.81 | |

Ver: 16.02b

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page 3
Exhibit 9

Case No: 10-73136 -MLB
Case Name: HALICZER, STEPHEN HERSCHEL / HALICZER, DEBORAH HARDING
Taxpayer ID No: ******2549
For Period Ending: 05/31/11

Trustee Name: DANIEL M DONAHUE
Bank Name: BANK OF AMERICA, N.A
Account Number / CD #: ******3451 GENERAL CHECKING
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) |

Page Subtotals: 0.00  0.00

Total Funds On Hand

LFORM24 UST Form 101-7-TDR (10/1/2010) *(Page 12)*

Ver 16.02b

# Bank of America

```
CUSTOMER CONNECTION                          Account Number    4437723451
BANK OF AMERICA, N.A.                        01 01 148 06 M0000 E#        6
DALLAS, TEXAS   75283-2406                   Last Statement:  NEW ACCOUNT
                                             This Statement:    04/29/2011


                                             Customer Service
                                             1-877-757-8233
    ESTATE OF
    HALICZER, STEPHEN HERSCHEL, DEBTOR
    HALICZER, DEBORAH HARDING, DEBTOR        Page         1 of       2
    DANIEL M. DONAHUE - TRUSTEE
    10-73136                                 Bankruptcy Case Number: 1073136
    6735 VISTAGREEN WAY
    ROCKFORD IL  61107
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 00/00/0000 - 04/29/2011   Statement Beginning Balance              .00
Number of Deposits/Credits            1    Amount of Deposits/Credits         11,880.81
Number of Checks                      6    Amount of Checks                   11,880.81
Number of Other Debits                0    Amount of Other Debits                   .00
                                           Statement Ending Balance                 .00
Number of Enclosures                  6
                                           Service Charge                           .00
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/07 | | 11,880.81 | 04429751790->04437723451 | 09925000351 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,938.06 | 04/08 | 9792771188 | 103 | 198.81 | 04/21 | 9792058604 |
| 101 | 2,918.50 | 04/08 | 9792771189 | 104 | 5,874.89 | 04/21 | 2992933886 |
| 102 | 33.16 | 04/08 | 9792771190 | 105 | 917.39 | 04/21 | 2992933885 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 04/21 | .00 | .00 |
| 04/07 | 11,880.81 | 11,880.81 | 04/29 | .00 | .00 |
| 04/08 | 6,991.09 | 6,991.09 | | | |

Recycled Paper